IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES A. LINGREN, | CV. 10-1395-MO |
|        Plaintiff, | JUDGMENT |
|   v. | |
| YAMHILL COUNTY CORRECTIONAL FACILITY, et al., | |
|        Defendants. | |

MOSMAN, District Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this __8th__ day of February, 2011.

                            /s/ Michael W. Mosman  
                              Michael W. Mosman  
                              United States District Judge

1 - JUDGMENT